United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. VALES, et al.,<br>Plaintiffs,<br>v.<br>WELLS FARGO BANK, N.A., et al.,<br>Defendants. | Case No. 4:25-cv-10043-KAW<br>**ORDER TO SHOW CAUSE TO PLAINTIFF; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br>Re: Dkt. No. 45 |

On September 28, 2026, the Court dismissed the complaint with leave to amend. (Dkt. No. 45.) Plaintiff was given 21 days to amend, so the last day to file the first amended complaint was October 19, 2026. *See id.* at 9. To date, Plaintiff has not filed an amended complaint, nor has he filed a request for an extension of time to do so, so there is no operative complaint in this matter.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by **November 20, 2026** why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with the court order setting the deadline to file the amended complaint. If he intends to prosecute this case, Plaintiff shall also file a first amended complaint by November 20, 2026. Alternatively, Plaintiff may file a voluntary dismissal of this action. Plaintiff is advised that the failure to timely respond to this order to show cause and file the first amended complaint by November 20, 2026 **will** result in this case being dismissed with prejudice under Rule 41(b) for failure to comply with a court order.

Finally, the case management conference set for November 10, 2026 is continued to January 12, 2027 at 1:30 p.m. via videoconference. The case management statement is due on or before January 5, 2027.

IT IS SO ORDERED.

Dated: November 6, 2026

Kandis Westmore

KANDIS A. WESTMORE
United States Magistrate Judge